# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER TO ADVANCE SECURITY ) <br> IN AMERICA ) <br> 1802 Vernon Street NW ) <br> PMB 2095 ) <br> Washington, D.C. 20009, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF HEALTH ) <br> AND HUMAN SERVICES ) <br> 200 Independence Ave., S.W. ) <br> Washington, D.C. 20201 ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Case No. 1:25-cv-898 |

## COMPLAINT

1. Plaintiff Center to Advance Security in America ("CASA") brings this action against the U.S. Department of Health and Human Services ("HHS") under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), seeking declaratory and injunctive relief to compel compliance with the requirements of FOIA.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1331.

3. Venue is proper in this Court pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## PARTIES

4. Plaintiff CASA is an unincorporated association dedicated to improving the safety and security of the American people. CASA educates and informs the American people about

1

the actions of their government and its officials that impact their safety; peace and security; democracy, civil rights, and civil liberties; and privacy.

5. Defendant HHS is a federal agency within the meaning of FOIA, 5 U.S.C. § 552(f)(1). HHS has possession, custody, and control of records responsive to Plaintiff's FOIA request.

## STATEMENT OF FACTS

6. On July 29, 2024, CASA submitted a FOIA request to HHS through the federal government's FOIA portal on FOIA.gov (attached as Exhibit A) seeking the following records:

    CASA requests records created from January 20, 2023 to when the search is conducted of:

    1. All ORR contracts with any organization who provides services related to placing unaccompanied migrant children with sponsors or sponsor families.

    2. All proposals for ORR contracts from any organization who provides services related to placing unaccompanied migrant children with sponsors or sponsor families.

    3. All proposals and contracts from "Cherokee Federal".

7. The release of these documents is in the public interest because it will help the public understand the nature of HHS's relationship with organizations that use taxpayer dollars to place unaccompanied migrant children with sponsors across the United States. CASA's explicit purpose in requesting these documents is to inform the public so it can be engaged with its leaders and ensure their decisions are consistent with America's best interests.

8. Federal government receipt of the request was acknowledged on July 29, 2024, by a confirmation page on FOIA.gov that stated that CASA's FOIA request "has been created and is being sent to the Administration for Children and Families."

9. To date, CASA has received no further information or communications from HHS regarding the request, nor has HHS provided either a response to the request or a time estimate for when it will respond.

10. As the record above indicates, over 238 days have elapsed since the federal government received CASA's request, yet HHS still has not made a determination with respect to it. *See Citizens for Responsibility and Ethics in Washington v. FEC*, 711 F.3d 180 (D.C. Cir. 2013). HHS has not produced responsive documents to CASA, has not communicated to CASA the scope of the documents it intends to produce or withhold—along with the reasons for any such withholding—and has not informed CASA of its ability to appeal any adverse portion of its determination.

11. Given these facts, HHS has not met its statutory obligations to provide the requested records for the request.

12. Through HHS's failure to make a determination within the time period required by law, CASA has constructively exhausted its administrative remedies and seeks immediate judicial review.

## COUNT I

**Violation of FOIA, 5 U.S.C. § 552**
**Wrongful Withholding of Non-Exempt Responsive Records**

13. CASA repeats and incorporates by reference each of the foregoing paragraphs as if fully set forth herein.

14. CASA properly submitted its request for records within the possession, custody, and control of HHS.

15. HHS is an agency subject to FOIA, and therefore has an obligation to release any non-exempt records and provide a lawful reason for withholding any materials in response to a proper FOIA request.

16. HHS is wrongfully withholding non-exempt agency records requested by CASA by failing to produce non-exempt records responsive to CASA's request.

17. HHS's failure to provide all non-exempt responsive records violates FOIA.

18. Plaintiff CASA is therefore entitled to declaratory and injunctive relief requiring HHS to promptly produce all non-exempt records responsive to the FOIA request and provide an index justifying the withholding of any responsive records withheld under claim of exemption.

## REQUESTED RELIEF

Center to Advance Security in America respectfully requests this Court:

(1) Assume jurisdiction in this matter and maintain jurisdiction until Defendant complies with the requirements of FOIA and any and all orders of this Court.

(2) Order Defendant to produce, within ten days of the Court's order, or by other such date as the Court deems appropriate, any and all non-exempt records responsive to CASA's FOIA request and an index justifying the withholding of all or part of any responsive records withheld under claim of exemption.

(3) Award CASA the costs of this proceeding, including reasonable attorney's fees and other litigation costs reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E).

(4) Grant CASA other such relief as the Court deems just and proper.

Dated: March 26, 2025                                   Respectfully submitted,

CENTER TO ADVANCE SECURITY
IN AMERICA
By Counsel:

/s/ Jacob William Roth
Jacob William Roth
D.D.C. Bar ID: 1673038
DHILLON LAW GROUP, INC.
1601 Forum Plaza, Suite 403
West Palm Beach, Florida 33401
Telephone: 561-227-4959
JRoth@Dhillonlaw.com

Karin Moore Sweigart
D.D.C. Bar ID: CA00145
DHILLON LAW GROUP, INC.
177 Post Street, Suite 700
San Francisco, CA 94108
Telephone: 415-433-1700
KSweigart@Dhillonlaw.com

*Counsel for the Plaintiff*